**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 22-14034-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JOSHUA YOUNG,**

    Defendant.

_____/

**ORDER CLARIFYING ORDER CONTINUING TRIAL**

**THIS CAUSE** comes before the Court on the Defendant's Unopposed Motion to Continue Trial [ECF No. 11], which the Court addressed in part in a paperless order granting the Motion [ECF No. 12]. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows. The interests of justice served by the requested continuance [ECF No. 11] outweigh any interest of the public or the Defendant in a speedy trial. As a result, the Court finds that the period of delay resulting from this continuance—*i.e.*, from the date the Motion was filed, August 26, 2022, to including the date trial commences—is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

The parties shall adhere to the following pre-trial and trial schedule:

1. Calendar call will be held on **Tuesday, October 18, 2022, at 1:45 pm.** The case is set for **Jury Trial** during the two-week trial period that begins **October 24, 2022**.

2. All pre-trial motions and motions *in limine* must be filed by **September 26, 2022**. Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion.

3. All other instructions set forth in the Court's Order Setting Trial [ECF No. 8] remain

CASE NO. 22-14034-CR-CANNON

in effect.

4. The parties are reminded to adhere to the Court's Local Rules in all respects, including in the preparation of pre-trial motions.

**DONE AND ORDERED** in Fort Pierce, Florida, this 8th day of September 2022.

                                            **AILEEN M. CANNON**
                                            **UNITED STATES DISTRICT JUDGE**

cc: counsel of record