UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14034-CR-CANNON

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**JOSHUA YOUNG,**

    Defendant.
_____/

### ORDER ADOPTING JOINT STIPULATION ON RESTITUTION [ECF No. 31]

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation Regarding Restitution [ECF No. 31], which is jointly signed by counsel for both parties. Pursuant to 18 U.S.C. §§ 2323(c) and 3663(A), the Court finds that restitution is mandatory in the instant case.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

Defendant, **JOSHUA YOUNG**, shall pay restitution to the victim in the amount of $2,059.51. The Government shall provide the U.S. Probation Office with the victim's contact and payment information.

An Amended Judgment will so reflect. An order cancelling restitution hearing to follow.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of April 2023.

                                                   AILEEN M. CANNON
                                                 UNITED STATES DISTRICT JUDGE

cc:    counsel of record