PROB 12B  
(SD/FL 1/21)

SD/FL PACTS No. 8021331

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>2:22-CR-14034-AMC(1)</u>

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Joshua Young

Name of Sentencing Judicial Officer: The Honorable Aileen M. Cannon, United States District Judge, Fort Pierce, Florida

Date of Original Sentence:  January 12, 2023

| | |
|---|---|
| Original Offense: | Count Five: Trafficking in Counterfeit Goods, 18 U.S.C. § 2320(a)(1), a Class C felony |
| Original Sentence: | Two months imprisonment of the United States Bureau of Prisons followed by a term of two years supervised release. The following special conditions were imposed. The defendant shall: 1) participate in the Home Detention Electronic Monitoring Program for a period of 6 months; 2) submit to a search of his person or property; and 3) if the defendant has any unpaid amount of restitution, fines, or special assessments, the defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay. A special assessment in the amount of $100.00 and a fine in the amount of $10,000.00 were imposed. |
| | **April 5, 2023:** An Amended Judgment was filed ordering restitution in the amount of $2,059.51, to be paid at the rate 10% of monthly gross earnings. All other terms and conditions in the original Judgment remain in full effect. |

Type of Supervision: Supervised Release    Date Supervision Commenced:  March 10, 2023

### PETITIONING THE COURT

☐  To extend the term of supervision for  _____  years, for a total term of  _____  years.

☒  To modify the conditions of supervision as follows:

**The defendant shall pay restation and/or the court-ordered fine at the rate of $1,000.00 per month, until such time the Court may alter that payment schedule in the interest of justice. The United States Probation Office and the United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

PROB 12B                                                                                     SD/FL PACTS No. 8021331
(SD/FL 1/21)

## CAUSE

On January 12, 2023, Your Honor ordered the defendant to pay a fine in the amount of $10,000.00 and a special assessment in the amount of $100.00. On April 5, 2023, restitution was ordered to be paid in the amount of $2,059.51. The $100.00 special assessment has been paid in full. To date, the defendant has not made any payments towards the fine or restitution.

A financial investigation was conducted to determine what amount the defendant could afford to pay monthly towards his court-ordered obligations. The defendant is self-employed and owns Sffobs Inc. The defendant reports an average net monthly income of $10,000.00 and average monthly expenses in the amount of $7,911.00 leaving him with a monthly disposable income of $2,089.00. Based on this information it was determined the defendant will be able to pay $1,000.00 per month towards his court-ordered obligations.

The defendant was presented with this information and concurred with our assessment and voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, thus establishing the payment of $1,000.00 per month towards his court-ordered obligations.

## RECOMMENDATION:

It is respectfully recommended that Your Honor modify the conditions of supervised release allowing the defendant to pay the court-ordered obligations at the rate of $1,000.00 per month.

Respectfully submitted,

by: *Amanda Maghan* BM

Amanda Maghan
United States Probation Officer
Office: (772) 467-2380
Cellular: (305) 903-4493
Email: amanda_maghan@flsp.uscourts.gov
Date: June 2, 2023

---

THE COURT ORDERS:

☐ No Action
☑ The Modification of Conditions as Noted Above
☐ Submit a Request for ☐ Warrant or ☐ Summons

_____
Signature of Judicial Officer
Date: 6/12/23